# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>　　　　　PLAINTIFF<br><br>v.<br><br>SVB FINANCIAL GROUP<br><br>　　　　　DEFENDANT. | CIVIL ACTION NO. 2:12-cv-00060-MHS-CMC<br><br>JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of Plaintiff TQP Development LLC's Unopposed Motion for Dismissal With Prejudice (Doc. No. 56) of all claims and any counterclaims asserted in this case between plaintiff, TQP Development, LLC, and defendant, SVB Financial Group, including its affiliates and subsidiaries, and its and each of their heirs, successors, and assigns.  The Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC and defendant SVB Financial Group, including its affiliates and subsidiaries, and its and each of their heirs, successors, and assigns, are hereby **dismissed with prejudice**.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

SIGNED this 10th day of September, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE